OFD (12/1/11) tlh

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
 **Connie J. Garcia**

Debtor(s)

) Case No.  **14–33936–elp13**
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

July 8, 2014

Clerk, U.S. Bankruptcy Court

BY **tlh** DEPUTY

The bankruptcy CASE FILED on **7/7/14** has deficiencies.

14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

**A COMPLETED current version of Summary of Schedules (Official Form #B6, INCLUDING PAGE 2 IF INDIVIDUAL DEBTOR(S)), all Schedules required for the debtor(s), AND a SIGNED Unsworn Declaration to Schedules; AND a Statement of Financial Affairs, AND a SIGNED Unsworn Declaration to Statement of Financial Affairs. (Fed. Rules Bankr. Proc. 1007 & 1008)**

**– NOTE: The accuracy and completeness of the creditor Schedules (i.e., D–H), and the required creditor mailing list which includes all entities listed on such Schedules, are the debtor's responsibility. Such Schedules will not be compared with any creditor mailing list. Entities listed on Schedules D–H that were NOT listed on the creditor mailing list filed with the debtor's Petition MUST BE ADDED USING Local Form #728 UNLESS the ONLY change is to correct a PREVIOUSLY listed creditor's address, or attorney for a PREVIOUSLY listed creditor. (Local Bankr. Rule 1009–1.)**

**A SIGNED, and FULLY COMPLETED Statement of Current Monthly Income must be filed on the current Official Form applicable in this case (i.e., #B22A for Chap. 7, #B22B for Chap. 11 or #B22C for Chap. 13). [NOTES: (1) If filing #B22A in a Chap. 7, a box at the top of page one of that form MUST be checked. (2) Do NOT file with the court a copy of ANY additional documentation that supports the filed Statement and which is required to be provided to the trustee, but INSTEAD send it to the U.S. Trustee if a Chap. 7 case, or to the case trustee if a Chap. 13 case.] (Local Bankr. Rule 1007–1(c))**

**A Ch. 13 Plan. You must use the current version of Local Form #1300.05. (Local Bankr. Rule 3015–1)**

**– Local Forms may be obtained from this court's Internet site at www.orb.uscourts.gov (Local Bankr. Rule 9009–1).**

**– Official Forms may be obtained from this court's Internet site at www.orb.uscourts.gov (Local Bankr. Rule 9009–1).**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court